# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2024

## NO.  03-23-00467-CR

**David Trey Odell, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment revoking community supervision entered by the trial court.

Having reviewed the record and the parties' arguments, the Court holds that there was no

reversible error in the trial court's judgment revoking community supervision.  Therefore, the

Court affirms the trial court's judgment revoking community supervision.  Because appellant is

indigent and unable to pay costs, no adjudication of costs is made.